Jacob S. Disston, Waldron, J. Cheyney, John K. Cheyney, Joseph M. Parsons and Merrick Whitcomb, partners doing business under the firm name and style of The Anclote and Rock Island Sponge Company, Plaintiffs in Error, vs. Henry Meinhard, Isaac Meinhard, Samuel Meinhard and Elias A. Weil, co-partners, and trading under the firm name and style of Meinhard Brothers & Co., Defendants in Error.

Writ of error to Circuit court Hillsborough county.

*Geo. P. Raney, William Hunter and Gunby & Gibbons,* for Plaintiffs in Error.

*Shackleford & Pettingill,* for Defendants in Error.

This action was brought by the defendants in error against the plaintiffs in error. There was judgment for the plaintiffs, and the defendants take writ of error. The judgment is affirmed.

Decision Per Curiam.

Petition for rehearing denied December 17, 1898.